

SHELTON L. FREEMAN (AZ #009687)
NANCY J. MARCH (AZ #012802)
CHARLES J. BABBITT, III (AZ #023079)
**DECONCINI MCDONALD YETWIN & LACY, P.C.**
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
_____
Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail: tfreeman@dmylphx.com
E-mail: nmarch@dmyl.com
E-mail: cbabbitt@dmylphx.com

Dated: October 20, 2008

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

Attorneys for Radical Bunny, L.L.C.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Involuntary Chapter 7 Case |
|---|---|
| RADICAL BUNNY, L.L.C., | Case No. 2:08-bk-13884-CGC |
| Debtor. | **ORDER CONVERTING INVOLUNTARY CHAPTER 7 CASE TO CASE UNDER CHAPTER 11 PURSUANT TO 11 U.S.C. §§ 348(a) AND 706(a)** |

    The Court has received and considered the Motion to Convert Involuntary Chapter 7 Case to Case Under Chapter 11 Pursuant to 11 U.S.C. §§ 348(a) and 706(a) (the "Motion") filed by Radical Bunny, L.L.C. ("Radical Bunny" or the "Debtor"), the debtor and debtor-in-possession in the above-entitled Involuntary Chapter 7 bankruptcy case. Pursuant to 11 U.S.C. §§ 348(a) and 706(a), and Rules 1017(f) and 9013, Federal Rules of Bankruptcy Procedures, Radical Bunny asks the Court to enter an Order converting this involuntary Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code.

    IT IS HEREBY ORDERED converting this case to a case under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.,* pursuant to 11

U.S.C. § 706(a), which pursuant to 11 U.S.C. § 348(a), and this Order, shall constitute the entry of an order for relief under Chapter 11.

_____
UNITED STATES BANKRUPTCY JUDGE