B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
District Of Arizona

In re: Radical Bunny, L.L.C.,
Debtor

Case No.: 2:08-bk-13884-CGC
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Patel, Visnu N.—Living Trust<br>11606 East Charter Oak Drive<br>Scottsdale, AZ 85259 | Patel, Visnu N.—Living Trust<br>XXX-XXX-XXXX<br>11606 East Charter Oak Drive<br>Scottsdale, Arizona 85259 | | | $4,850,000.00 |
| Fieler, David A.<br>5022 Cottontail Run<br>Paradise Valley, AZ 85253 | Fieler, David A.<br>XXX-XXX-XXXX<br>5022 Cottontail Run<br>Paradise Valley, AZ 85253 | | | $3,231,917.25 |
| Rosati, Nicholas J.—Trust<br>6040 East Jenan Drive<br>Scottsdale, AZ 85254 | Rosati, Nicholas J.—Trust<br>XXX-XXX-XXXX<br>6040 East Jenan Drive<br>Scottsdale, AZ 85254 | | | $2,305,000.00 |
| Sommacampagna, Giovanna<br>41903 North Golf Crest Road<br>Anthem, AZ 85086 | Sommacampagna, Giovanna<br>XXX-XXX-XXXX<br>41903 North Golf Crest Road<br>Anthem, AZ 85086 | | | $2,201,875.00 |
| Hagel, Fred—Family Trust<br>P.O. Box 305<br>Lakeside, MT 59922 | Hagel, Fred—Family Trust<br>XXX-XXX-XXXX<br>P.O. Box 305<br>Lakeside, MT 59922 | | | $2,053,933.00 |
| Gahunia, Udhe—Trust<br>1216 West Aster Drive<br>Phoenix, AZ 85029 | Gahunia, Udhe—Trust<br>XXX-XXX-XXXX<br>1216 West Aster Drive<br>Phoenix, AZ 85029 | | | $1,911,358.00 |
| Lewandowski, Thomas E.<br>9958 East Balancing Rock<br>Scottsdale, AZ 85262 | Lewandowski, Thomas E.<br>XXX-XXX-XXXX<br>9958 East Balancing Rock<br>Scottsdale, AZ 85262 | | | $1,885,000.00 |
| Aiello, Anthony C.<br>2308 East State<br>Phoenix, AZ 85020 | Aiello, Anthony C.<br>XXX-XXX-XXXX<br>2308 East State<br>Phoenix, AZ 85020 | | | $1,825,000.00 |
| Stein, Lisa B.<br>9993 East Sunnyslope Lane<br>Scottsdale, AZ 85258 | Stein, Lisa B.<br>XXX-XXX-XXXX<br>9993 East Sunnyslope Lane<br>Scottsdale, AZ 85258 | | | $1,673,282.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kandel, Raymond and Clarice—Trust<br>Sterling International Towers<br>10390 Wilshire Boulevard<br>#703<br>Los Angeles, CA 90024 | Kandel, Raymond and Clarice—Trust<br>XXX-XXX-XXXX<br>Sterling International Towers<br>10390 Wilshire Boulevard<br>#703<br>Los Angeles, CA 90024 | | | $1,671,398.00 |
| Four Joy Profit Sharing<br>3741 South Skyline Drive<br>Gilbert, AZ 85297 | Four Joy Profit Sharing<br>XXX-XXX-XXXX<br>3741 South Skyline Drive<br>Gilbert, AZ 85297 | | | $1,621,200.00 |
| Rosen, Barry—Trust<br>720 Old Mill Road<br>San Marino, CA 91108 | Rosen, Barry—Trust<br>XXX-XXX-XXXX<br>720 Old Mill Road<br>San Marino, CA 91108 | | | $1,596,393.00 |
| Riddle, Jerome J. III<br>7908 East Hanover Way<br>Scottsdale, AZ 85255 | Riddle, Jerome J. III<br>XXX-XXX-XXXX<br>7908 East Hanover Way<br>Scottsdale, AZ 85255 | | | $1,471,663.00 |
| Roff, David and Deborah M.<br>22 South Quarty Circle<br>Chandler, AZ 85225 | Roff, David and Deborah M.<br>XXX-XXX-XXXX<br>22 South Quarty Circle<br>Chandler, AZ 85225 | | | $1,403,866.00 |
| Schiliro, Michael (Sole Acct.)<br>P.O. Box 47457<br>Phoenix, AZ 85068 | Schiliro, Michael (Sole Acct.)<br>XXX-XXX-XXXX<br>P.O. Box 47457<br>Phoenix, AZ 85068 | | | $1,368,073.00 |
| March, Norman A.<br>24806 North 119th Place<br>Scottsdale, AZ 85255 | March, Norman A.<br>XXX-XXX-XXXX<br>24806 North 119th Place<br>Scottsdale, AZ 85255 | | | $1,362,550.00 |
| Sunshine Instruments Inc.<br>4527 North 16th Street<br>Phoenix, AZ 85016 | Sunshine Instruments Inc.<br>XXX-XXX-XXXX<br>4527 North 16th Street<br>Phoenix, AZ 85016 | | | $1,290,339.00 |
| Parikh, Sanjiv R.<br>2221 66th Avenue SE<br>Mercer Island, WA 98040 | Parikh, Sanjiv R.<br>XXX-XXX-XXXX<br>2221 66th Avenue SE<br>Mercer Island, WA 98040 | | | $1,250,000.00 |
| Patel, Visnu N.—IRA M&N<br>11606 East Charter Oak Drive<br>Scottsdale, AZ 85259 | Patel, Visnu N.—IRA M&N<br>XXX-XXX-XXXX<br>11606 East Charter Oak Drive<br>Scottsdale, AZ 85259 | | | $1,221,405.00 |
| Shah, Kirtikumar—Trust<br>6301 West Larkspur Drive<br>Glendale, AZ 85304 | Shah, Kirtikumar—Trust<br>XXX-XXX-XXXX<br>6301 West Larkspur Drive<br>Glendale, AZ 85304 | | | $1,217,540.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Tom Hirsch the Manager of Radical Bunny, L.L.C. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date 10/27/08            Signature /s/ Tom H. March
                         Tom Hirsch
                         Manager

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*