Carolyn J. Johnsen – 011894
cjjohnsen@jsslaw.com
Bradley J. Stevens – 006723
bstevens@jsslaw.com
Todd M. Adkins - 025338
tadkins@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 495-2696

*Attorneys for the Mortgages Ltd.*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RADICAL BUNNY, LLC, an Arizona limited liability company;<br><br>Debtor.<br><br>---<br><br>MORTGAGES, LTD, an Arizona corporation,<br>  Movant<br>v.<br><br>RADICAL BUNNY, LLC, an Arizona limited liability company;<br><br>  Respondent. | Chapter 11 Proceedings<br><br>Case No. 2:08-bk-13884-CGC<br><br>**MORTGAGES LTD.'S SUPPLEMENT TO EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING MORTGAGES LTD.'S PENDING DIP FINANCING MOTION AND RULE 9019 MOTIONS AND LEAVE TO FILE ADVERSARY ACTION**<br><br>Proposed Date: November 3, 2008<br>Proposed Time: 11:00 a.m.<br>Location: 230 N. First Ave., 6th Floor, Courtroom 601, Phoenix, AZ |

Mortgages Ltd. ("ML") by and through its undersigned attorneys, pursuant to §362(d) of the Code, Rule 4001 and Local Rules 4001-1, hereby files this Supplement to the Emergency Motion for Relief from the Automatic Stay filed by ML on October 28, 2008 (Docket No. 34).

ML files this supplement to its Emergency Motion to seek relief from the automatic stay to allow ML to file an adversary action against Radical Bunny, LLC ("Debtor") challenging Debtor's alleged secured creditor status in the ML Bankruptcy Case.

One of the central issues in the ML Bankruptcy Case and perhaps the most critical issue in the Debtor's present case is the nature of Debtor's creditor status in the ML Bankruptcy Case. Debtor claims that it is a secured creditor of ML. Conversely, ML alleges that the Debtor is an unsecured creditor in the ML Bankruptcy Case.

Debtor's interests in the ML Bankruptcy Case are in two different categories. First, Debtor made investments as a direct or pass-through investor. The nature of the Debtor's investments and its rights as an investor in ML are subject to the Pass-Through Loan Participation Private Offering Memoranda, the Agency Agreements and the Subscription Agreements in the direct investment vehicles. Debtor's investments in these categories are not the subject of the anticipated adversary action. Debtor's direct investments in ML total approximately $3,748,000.

Debtor also loaned money to ML in the approximate aggregate amount of $197,232,758.05. Debtor claims that these loans were secured by attempted UCC filings and disjointed and vague writings that Debtor purports create valid perfected security interests in the loans. ML disagrees that the efforts undertaken by Debtor satisfy the requirements under the Uniform Commercial Code and Arizona law. ML submits that the Debtor is an unsecured creditor.

ML is in the process of preparing a comprehensive adversary proceeding which will be filed within the next week to ten days. The adversary proceeding will be governed by Rule 7001(2), Rules of Bankruptcy Procedure, which provides that an adversary proceeding is required where a plaintiff seeks "to determine the validity, priority or extent of a lien or other interest in property."

ML's adversary proceeding will challenge the Debtor's purported secured status by arguing, at a minimum, the following:

That the Debtor does not have a properly perfected security interest, and in fact has no security interest at all, in any property of ML. In addition, the Debtor advanced monies that were not properly the subject of what documents the Debtor may point to in an attempt to justify its secured status, as the Debtor's documents were neither proper nor correct in time sequence with regard to its advances. Also, the Debtor will be shown to be an insider of ML, and as such, will be subject to a one-year insider period for the purpose of setting aside certain portions of the Debtor's purported "security" with respect to ML. Based on the foregoing, and otherwise, the Debtor will be subject to certain of the avoiding and/or "strong arm" powers of the Code in the ML Chapter 11 case. The Debtor will also not be able to show that it has a secured interest in any of ML's real property, based on the foregoing and because the Debtor never made the appropriate filings with county recorders. Based on these and other related causes of action, ML's adversary proceeding will object to the Debtor's proof of claim in the ML Chapter 11 and will seek to have the Court in the ML proceeding determine and declare that the Debtor is, at most, an unsecured creditor in the ML Chapter 11 proceeding.

As ML argued in its October 28, 2008 Emergency Motion, §362(d)(1) of the Code provides that the automatic stay may be terminated, annulled, modified or conditioned "for cause" with respect to any "act against property" of a bankrupt estate. Just as with the matters at issue in the Emergency Motion, the anticipated adversary proceeding ML seeks to file in the ML Bankruptcy Case will require stay relief to be granted in the Debtor's present case before ML may proceed. This critical issue must be adjudicated as promptly as possible since the determination of the anticipated adversary proceeding will have a major impact on the Chapter 11 plans in both the ML Bankruptcy Case and in the present case.

WHEREFORE, ML respectfully urges the Court to grant the Emergency Motion and this Supplement to the Emergency Motion to allow ML to file, serve and proceed in all respects to prosecute its anticipated adversary proceeding against Debtor as described above, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 3rd day of November, 2008.

JENNINGS, STROUSS & SALMON, PLC

/s/ Bradley J. Stevens – 006723
Carolyn J. Johnsen
Bradley J. Stevens
Todd M. Adkins
The Collier Center
201 East Washington Street, 11th Floor
Phoenix, AZ 85004
Attorneys for Mortgages, Ltd.

COPY of the foregoing e-mailed this 3rd day of November, 2008, to all parties listed below and on the attached Service List

Paul Sala
Thomas H. Allen
Allen, Sala & Bayne, PLC
Viad Corporate Center
1850 N. Central Ave
Suite 1150
Phoenix, AZ 85004-0001
Proposed Attorneys for Debtor
*psala@asbazlaw.com*
*tallen@asbazlaw.com*
///

///

| | |
|---|---|
| 1 | Carlos M. Arboleda |
| 2 | Arboleda Brechner |
|   | 4545 E. Shea Blvd, Suite 120 |
| 3 | Phoenix, AZ 85028 |
|   | Attorneys for Debtor |
| 4 | *arboledac@abfirm.com* |
| 5 | |
|   | Jonathan E. Hess |
| 6 | Office of the U.S. Trustee |
| 7 | 230 North First Avenue, Suite 204 |
|   | Phoenix, Arizona 85003-1706 |
| 8 | Attorney for: U.S. Trustee |
|   | *Jon.e.hess@usdoj.gov* |
| 9 | |
| 10 | |
|    | /s/ *Jeannie Baker* |
| 11 | |

SERVICE LIST

Patel, Visnu N.—Living Trust
11606 East Charter Oak Drive
Scottsdale, AZ 85259

Fieler, David A.
5022 Cottontail Run
Paradise Valley, AZ 85253

Rosati, Nicholas J.—Trust
6040 East Jenan Drive
Scottsdale, AZ 85254

Sommacampagna, Giovanna
41903 North Golf Crest Road
Anthem, AZ 85086

Hagel, Fred—Family Trust
P.O. Box 305
Lakeside, MT 59922

Gahunia, Udhe—Trust
1216 West Aster Drive
Phoenix, AZ 85029

Lewandowski, Thomas E.
9958 East Balancing Rock
Scottsdale, AZ 85262

Aiello, Anthony C.
2308 East State
Phoenix, AZ 85020

Stein, Lisa B.
9993 East Sunnyslope Lane
Scottsdale, AZ 85258

Kandel, Raymond and
Clarice—Trust
Sterling International Towers
10390 Wilshire Boulevard
#703
Los Angeles, CA 90024

Four Joy Profit Sharing
3741 South Skyline Drive
Gilbert, AZ 85297

Rosen, Barry—Trust
720 Old Mill Road
San Marino, CA 91108

Riddle, Jerome J. III
7908 East Hanover Way
Scottsdale, AZ 85255

Roff, David and Deborah M.
22 South Quarty Circle
Chandler, AZ 85225

Schiliro, Michael (Sole Acct.)
P.O. Box 47457
Phoenix, AZ 85068

March, Norman A.
24806 North 119th Place
Scottsdale, AZ 85255

Sunshine Instruments Inc.
4527 North 16th Street
Phoenix, AZ 85016

Parikh, Sanjiv R.
2221 66th Avenue SE
Mercer Island, WA 98040

Patel, Visnu N.—IRA M&N
11606 East Charter Oak Drive
Scottsdale, AZ 85259

Shah, Kirtikumar—Trust
6301 West Larkspur Drive
Glendale, AZ 85304