| | |
|---|---|
| 1 | Paul Sala, State Bar #11693 |
| | Thomas Allen, State Bar #11160 |
| 2 | **ALLEN, SALA & BAYNE, PLC** |
| | 1850 N. Central Ave. Suite 1150 |
| 3 | Phoenix, AZ 85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | E-mail: psala@asbazlaw.com |
| 5 | |
| | Attorneys for Radical Bunny, L.L.C. |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| RADICAL BUNNY, L.L.C. | Case No. 2:08-13884-CGC |
| Debtor. | **NOTICE OF EXHIBITS TO STATEMENT OF FINANCIAL AFFAIRS** |

Radical Bunny, L.L.C. ("Debtor-in-Possession"), by and through its undersigned counsel, hereby provides copies of the exhibits referenced in the Statement of Financial Affairs.

DATED: November 13, 2008.

**ALLEN, SALA & BAYNE, PLC**

*/s/ PS #11693*
Paul Sala
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
*Attorneys for Debtor*