## ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2008 | 32765 | B090308 | $45.83 | | $45.83 | | | | |
| 03/31/2008 | 32765 | B080320 | $381.94 | | $381.94 | | | | |
| 03/31/2008 | 32765 | B080426 | $458.33 | | $458.33 | | | | |
| 03/31/2008 | 32765 | B080516 | $458.33 | | $458.33 | | | | |
| 03/31/2008 | 32765 | B080628 | $229.17 | | $229.17 | | | | |
| 03/31/2008 | 32765 | B080914 | $916.67 | | $916.67 | | | | |
| 03/31/2008 | 32765 | B081018 | $73.33 | | $73.33 | | | | |
| 03/31/2008 | 32765 | B090214 | $229.17 | | $229.17 | | | | |
| 03/31/2008 | 32765 | B090223 | $2,750.00 | | $2,750.00 | | | | |
| 03/31/2008 | 32765 | B090320 | $76.39 | | $76.39 | | | | |
| 04/26/2008 | 103657 | B080426 | $50,000.00 | | | $50,000.00 | | | |
| 04/30/2008 | 33735 | B081204 | $916.67 | | $916.67 | | | | |
| 04/30/2008 | 33735 | B090113 | $73.33 | | $73.33 | | | | |
| 04/30/2008 | 33735 | B090308 | $687.50 | | $687.50 | | | | |
| 04/30/2008 | 33735 | B080426 | $458.33 | | $458.33 | | | | |
| 04/30/2008 | 33735 | B080516 | $458.33 | | $458.33 | | | | |
| 04/30/2008 | 33735 | B080628 | $229.17 | | $229.17 | | | | |
| 04/30/2008 | 33735 | B080914 | $916.67 | | $916.67 | | | | |
| 04/30/2008 | 33735 | B081018 | $73.33 | | $73.33 | | | | |
| 04/30/2008 | 33735 | B090214 | $229.17 | | $229.17 | | | | |
| 04/30/2008 | 33735 | B090223 | $2,750.00 | | $2,750.00 | | | | |
| 04/30/2008 | 33735 | B090320 | $458.33 | | $458.33 | | | | |
| 05/19/2008 | 103790 | B080516 | $50,000.00 | | | $50,000.00 | | | |
| 05/30/2008 | 34697 | B080426 | $15.28 | | $15.28 | | | | |
| 05/30/2008 | 34697 | B080516 | $320.83 | | $320.83 | | | | |
| 05/30/2008 | 34697 | B081204 | $916.67 | | $916.67 | | | | |
| 05/30/2008 | 34697 | B090113 | $73.33 | | $73.33 | | | | |
| 05/30/2008 | 34697 | B090308 | $687.50 | | $687.50 | | | | |
| 05/30/2008 | 34697 | B080628 | $229.17 | | $229.17 | | | | |
| 05/30/2008 | 34697 | B080914 | $916.67 | | $916.67 | | | | |
| 05/30/2008 | 34697 | B081018 | $73.33 | | $73.33 | | | | |
| 05/30/2008 | 34697 | B090214 | $229.17 | | $229.17 | | | | |
| 05/30/2008 | 34697 | B090223 | $2,750.00 | | $2,750.00 | | | | |
| 05/30/2008 | 34697 | B090320 | $458.33 | | $458.33 | | | | |
| 05/30/2008 | 34697 | B090426 | $443.06 | | $443.06 | | | | |
| 05/30/2008 | 34697 | B090516 | $137.50 | | $137.50 | | | | |
| 𝄕 = Electronic Payment | | | $707,649.77 | $0.00 | $57,649.77 | $650,000.00 | $0.00 | $0.00 | $0.00 |

# LENDER STATEMENT OF ACCOUNT

RADICAL BUNNY, LLC
4527 N. 16th STREET
PHOENIX AZ 85016
(602) 682-5150

| ACCOUNT NO. | L1239 |
|---|---|
| STATEMENT DATE | 11/5/2008 |
| STATEMENT PERIOD | 10/08/2007 - 10/07/2008 |
| PORTFOLIO BALANCE | $0.00 |
| PORTFOLIO YIELD | 0.000% |
| INTEREST PAID IN 2008 | $9.17 |

MICHAEL COLODNER
33 GREENWICH AVE.
APT. 10 H
New York NY 10014

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## INVESTMENT PORTFOLIO AS OF 11/05/2008

| Loan Account | Borrower Name | Pct Owned | Interest Rate | Maturity Date | Term Left | Next Payment | Regular Payment | Loan Balance |
|---|---|---|---|---|---|---|---|---|
| B110906 | 110906 MORTGAGES LTD. | 0.528% | 11.000% | 11/09/2006 | 0 | | $0.00 | $0.00 |
| B110907 | 110907 MORTGAGES LTD. | 0.528% | 11.000% | 11/09/2007 | 0 | | $0.00 | $0.00 |
| B111606 | 111606 MORTGAGES LTD. | 1.442% | 11.000% | 11/16/2006 | 0 | | $0.00 | $0.00 |
| B111607 | 111607 MORTGAGES LTD. | 1.418% | 11.000% | 11/16/2007 | 0 | | $0.00 | $0.00 |
| B122607 | 122607 MORTGAGES LTD. | 0.600% | 11.000% | 12/26/2007 | 0 | | $0.00 | $0.00 |
| B82851 | 82851 CITY LOFTS LLC | 3.008% | 10.250% | 12/10/2006 | 0 | | $0.00 | $0.00 |
| B8413 | 8413 GRAZIANO, WYATT & WANG | 13.333% | 10.250% | 08/02/2006 | 0 | | $0.00 | $0.00 |
| | Current Portfolio Yield: 0.000% | | | | | | $0.00 | $0.00 |

## ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2007 | 28280 | B110907 | $275.00 | | $275.00 | | | | |
| 10/31/2007 | 28280 | B111607 | $366.67 | | $366.67 | | | | |
| 10/31/2007 | 28280 | B122607 | $275.00 | | $275.00 | | | | |
| 11/09/2007 | 28939 | B110907 | $30,000.00 | | | $30,000.00 | | | |
| 11/16/2007 | 28945 | B111607 | $40,000.00 | | | $40,000.00 | | | |
| 11/30/2007 | 29160 | B110907 | $265.83 | | $265.83 | | | | |
| 11/30/2007 | 29160 | B111607 | $256.67 | | $256.67 | | | | |
| 11/30/2007 | 29160 | B122607 | $275.00 | | $275.00 | | | | |
| 12/26/2007 | 29847 | B122607 | $30,000.00 | | | $30,000.00 | | | |
| 12/31/2007 | 30056 | B122607 | $275.00 | | $275.00 | | | | |
| 01/31/2008 | 30946 | B122607 | $9.17 | | $9.17 | | | | |
| | | | $101,998.34 | $0.00 | $1,998.34 | $100,000.00 | $0.00 | $0.00 | $0.00 |

₿ = Electronic Payment

# LENDER STATEMENT OF ACCOUNT

RADICAL BUNNY, LLC
4527 N. 16th STREET
PHOENIX AZ 85016
(602) 682-5150

| ACCOUNT NO. | L1486 |
|---|---|
| STATEMENT DATE | 11/5/2008 |
| STATEMENT PERIOD | 10/08/2007 - 10/07/2008 |
| PORTFOLIO BALANCE | $20,400.00 |
| PORTFOLIO YIELD | 11.000% |
| INTEREST PAID IN 2008 | $935.00 |

ESTHER COLODNER I/R/A
FIRST TRUST OF ONAGA
4759 S. FRESNO ST.
CHANDLER AZ 85249

Please advise us immediately of any discrepancies in the transactions or investment activity on your statement of account or if you contemplate changing your address. When making inquiries by telephone or in writing please give your account number. We urge you to keep this statement with your investment records.

## INVESTMENT PORTFOLIO AS OF 11/05/2008

| Loan Account | Borrower Name | Pct Owned | Interest Rate | Maturity Date | Term Left | Next Payment | Regular Payment | Loan Balance |
|---|---|---|---|---|---|---|---|---|
| B080329 | 080329 MORTGAGES LTD. | 0.193% | 11.000% | 03/29/2008 | 0 | | $0.00 | $0.00 |
| B080414 | 080414 MORTGAGES LTD. | 0.612% | 11.000% | 04/14/2008 | 0 | | $0.00 | $0.00 |
| B090329 | 090329 MORTGAGES LTD. | 0.193% | 11.000% | 03/29/2009 | 4 | 06/10/2008 | $49.50 | $5,400.00 |
| B090414 | 090414 MORTGAGES LTD. | 0.612% | 11.000% | 04/14/2009 | 5 | 06/10/2008 | $137.50 | $15,000.00 |
| B4142007 | 4142007 MORTGAGES LTD. | 0.612% | 11.000% | 04/14/2007 | 0 | | $0.00 | $0.00 |
| | Current Portfolio Yield: 11.000% | | | | | | $187.00 | $20,400.00 |

## ACCOUNT ACTIVITY

| Transaction Date | Check# or Reference | Loan Account | Transaction Amount | Serv. Fees | Interest | Principal | Charges | Other | Trust |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2007 | 28494 | B080329 | $49.50 | | $49.50 | | | | |
| 10/31/2007 | 28494 | B080414 | $137.50 | | $137.50 | | | | |
| 11/30/2007 | 29374 | B080329 | $49.50 | | $49.50 | | | | |
| 11/30/2007 | 29374 | B080414 | $137.50 | | $137.50 | | | | |
| 12/31/2007 | 30268 | B080329 | $49.50 | | $49.50 | | | | |
| 12/31/2007 | 30268 | B080414 | $137.50 | | $137.50 | | | | |
| 01/31/2008 | 31156 | B080329 | $49.50 | | $49.50 | | | | |
| 01/31/2008 | 31156 | B080414 | $137.50 | | $137.50 | | | | |
| 02/29/2008 | 32072 | B080329 | $49.50 | | $49.50 | | | | |
| 02/29/2008 | 32072 | B080414 | $137.50 | | $137.50 | | | | |
| 03/29/2008 | 103481 | B080329 | $5,400.00 | | | $5,400.00 | | | |
| 03/31/2008 | 33003 | B080329 | $49.50 | | $49.50 | | | | |
| 03/31/2008 | 33003 | B080414 | $137.50 | | $137.50 | | | | |
| 04/14/2008 | 103613 | B080414 | $15,000.00 | | | $15,000.00 | | | |
| 04/30/2008 | 33971 | B080329 | $31.35 | | $31.35 | | | | |
| 04/30/2008 | 33971 | B090329 | $18.15 | | $18.15 | | | | |
| 04/30/2008 | 33971 | B080414 | $137.50 | | $137.50 | | | | |
| 05/30/2008 | 34929 | B080414 | $18.33 | | $18.33 | | | | |
| 05/30/2008 | 34929 | B090329 | $49.50 | | $49.50 | | | | |
| 05/30/2008 | 34929 | B090414 | $119.17 | | $119.17 | | | | |
| ℬ = Electronic Payment | | | $21,896.00 | $0.00 | $1,496.00 | $20,400.00 | $0.00 | $0.00 | $0.00 |