1  JOHN M. McCOY III (Cal. Bar No. 166244 )
   SANDRA W. LAVIGNA (Cal. Bar No. 117965)
2  DAVID S. BROWN (Cal. Bar No. 134569)

3  Attorneys for:
   U. S. SECURITIES AND EXCHANGE COMMISSION
4  Rosalind R. Tyson, Regional Director
   5670 Wilshire Boulevard, 11th Floor
5  Los Angeles, California 90036
   Telephone: (323) 965-3998
6  Facsimile:  (323) 965-4530
   Email: mccoyj@sec.gov
7         lavignas@sec.gov
          browndav@sec.gov

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 Proceedings |
| RADICAL BUNNY, LLC., | ) Case No. 2:08-bk-13884-CGC |
| Debtor. | ) **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| | ) [No Hearing Required] |

**TO: THE ABOVE-NAMED DEBTOR, THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST.**

**PLEASE TAKE NOTICE** that the UNITED STATES SECURITIES AND EXCHANGE COMMISSION hereby appears in the above-entitled case and requests that all notices given or required to be given and all papers served or required to be served in these proceedings be given to and served upon the following:

        U. S. SECURITIES AND EXCHANGE COMMISSION
        Attn: David S. Brown, Esq.
        5670 Wilshire Blvd., 11th Floor
        Los Angeles, California 90036-3648

| | | |
|---|---|---|
| 1 | U. S. SECURITIES AND EXCHANGE COMMISSION<br>Attn: Sandra W. Lavigna, Esq.<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, California 90036-3648 | |
| 2 | | |
| 3 | | |
| 4 | Dated: November 21, 2008 | Respectfully submitted, |
| 5 | | |
| 6 | | /s/  *Sandra W. Lavigna* |
| 7 | | SANDRA W. LAVIGNA<br>Los Angeles Regional Office<br>U. S. Securities and<br>Exchange Commission |
| 8 | | |
| 9 | | |

## CERTIFICATE OF SERVICE

I am over the age of 18 years not a party to the within action, and a citizen of the United States. My business address is 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036.

On November 21, 2008, at the direction of a member of the State Bar of California, I served the following document(s) **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF U. S. SECURITIES AND EXCHANGE COMMISSION**, by sending a true and correct copy thereof via U.S. Mail, first class postage affixed thereon, to all parties listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2008, at Los Angeles, California.

Louie M. Adame

# SERVICE LIST

| | |
|---|---|
| Paul Sala, Esq.<br>Allen, Sala & Bayne, PLC<br>Viad Corporate Center<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004 | Thomas E. Lewandowski<br>9958 East Balancing Rock<br>Scottsdale, AZ 85262 |
| Shelton L. Freeman, Esq.<br>Deconcini McDonald Yetwin<br>   & Lacy PC<br>7310 N. 16th Street, Suite 330<br>Phoenix, AZ 85020 | Lisa B. Stein<br>9993 East Sunnyslope Lane<br>Scottsdale, AZ 85258<br><br>Four Joy Profit Sharing<br>3741 South Skyline Drive<br>Gilbert, AZ 85297 |
| Carlos M. Arboleda, Esq.<br>Arboleda Brechner<br>4545 E. Shea Blvd., Suite 120<br>Phoenix, AZ 85028 | Jerome J. Riddle, III<br>7908 East Hanover Way<br>Scottsdale, AZ 85255 |
| Larry L. Watson, Esq.<br>Office of the United States Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 | Michael Schiliro<br>P.O. Box 47457<br>Phoenix, AZ 85068 |
| Carolyn Johnsen, Esq.<br>Brad J. Stevens, Esq.<br>Jennings Strouss & Salmon, P.L.C.<br>The Collier Center, 11th Floor<br>201 E. Washington Street<br>Phoenix, AZ 85004-2385 | Sunshine Instruments, Inc.<br>4527 North 16th Street<br>Phoenix, AZ 85016<br><br>David A. Fieler<br>5022 Cottontail Run<br>Paradise Valley, AZ 85253 |
| Bryce A. Suzuki, Esq.<br>Robert J. Miller, Esq.<br>Bryan Cave LLP<br>Two North Central Avenue, Suite 220<br>Phoenix, AZ 85004-4406 | Giovanna Sommacampagna<br>41903 North Golf Crest Road<br>Anthem, AZ 85086<br><br>Udhe Gahunia - Trust<br>1216 West Aster Drive<br>Phoenix, AZ 85029 |
| Visnu N. Patel - Living Trust<br>11606 East Charter Oak Drive<br>Scottsdale, AZ 85259 | Anthony C. Aiello<br>2308 East State<br>Phoenix, AZ 85020 |
| Visnu N. Patel - IRA M&N<br>11606 East Charter Oak Drive<br>Scottsdale, AZ 85259 | Raymond and Clarice Kandel - Trust<br>Sterling International Towers<br>10390 Wilshire Blvd., Suite 703<br>Los Angeles, CA 90024 |
| Nicholas J. Rosati - Trust<br>6040 East Jenan Drive<br>Scottsdale, AZ 85254 | Barry Rosen - Trust<br>720 Old Mill Road<br>San Marino, CA 91108 |
| Fred Hagel - Family Trust<br>P.O. Box 305<br>Lakeside, MT 59922 | |

| | |
|---|---|
| 1  David and Deborah M. Roff<br>22 South Quarty Circle<br>2  Chandler, AZ 85225 | Sanjiv R. Parikh<br>2221 66th Avenue SE<br>Mercer Island, WA 98040 |
| 3  Norman A. March<br>24806 North 119th Place<br>4  Scottsdale, AZ 85255 | Kirtijumar Shah - Trust<br>6301 West Larkspur Drive<br>Glendale, AZ 85304 |