Date: 12/2/08

Honorable Judge Charles G. Case II
US Bankruptcy Court
230 N. 1st Ave.
Phoenix, AZ 85003

**FILED**
DEC 0 3 2008
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In RE: Radical Bunny. LLC
CASE NO. 2:08-BK-13884-CGC

You're Honor,

I __Ilona Hirsch__, oppose the appointment of a Chapter 11 Trustee. I have been a participant in Radical Bunny, L.L.C., for approximately __10__ years. The amount of my claim in this bankruptcy estate is

✱ $__235,385.56__. The reason why I appose the appointment of a Chapter 11 Trustee, are as follows:

My entire life savings was invested in Radical Bunny. I am a single 58 year old woman working as a Kindergarten assistant. In order to save my home from possible foreclosure or have to sell it, I need this issue resolved A.S.A.P. I am comfortable and confident in the leadership and knowledge of the current management team. I can't afford to have any more time or money wasted by appointing a trustee. I feel the current management has the best understanding of the situation and my best interests at heart.

Sincerely,

_Ilona Hirsch_
Radical Bunny Participant
Printed Name: __Ilona Hirsch__
Address: __3021 E. Roveen Ave.__
Phone: __(602) 996-7645__

I also had invested in Radical Bunny my IRA totalling $30,600 for a total between both of $265,985.56

12/04/2008