**WARNICKE & LITTLER, P.L.C.**
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Thomas E. Littler/SBN 006917
Robert C. Warnicke/SBN 015345
Attorneys for The Howard E. Walder Trust, et al

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **RADICAL BUNNY, LLC.**<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:08-bk-13884-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Warnicke & Littler, PLC hereby notices its appearance on behalf of The Howard E. Walder Trust, Berta Walder IRA, Howard Walder IRA, Sunshine Instruments, Inc., Harish P. Shah, Harish Shah IRA, Madhavi H. Shah IRA, Hirsch & Shah CPA's LLC, Tom Hirsch, Howard Walder, Berta Walder, creditors in the above-referenced Chapter 11 bankruptcy proceeding and requests that copies of all notices to creditors and other parties-in-interest, pleadings, and all other filings in the above-referenced case be sent to the following:

> Thomas E. Littler
> Robert C. Warnicke
> WARNICKE & LITTLER, PLC
> 1411 N. Third Street
> Phoenix, AZ 85004
> Telephone: (602) 256-0400
> Facsimile: (602) 256-0345
> tom@warnickelittler.com
> rob@warnickelittler.com

Please take notice that the foregoing request includes not only the specific notices and

papers referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, all documents, pleadings, notices, motions, statements of position, orders, exhibits, and evidentiary materials related to the Debtor's administrative bankruptcy case, contested matters, and adversary proceedings, whether transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise. counsel,

DATED this 18th day of November, 2009.

WARNICKE & LITTLER, P.L.C.

By _____
Thomas E. Littler
Robert C. Warnicke
1411 N. Third Street
Phoenix, Arizona 85004
Attorneys for

COPIES sent via the U.S. Bankruptcy
Court's ECF noticing system this
18 day of November, 2009

**COPY** served via regular US mail or
e-mail this 18 day of November, 2009,
to:

Shelton L. Freeman
DeCONCINI McDONALD YETWIN & LACY, P.C.
6909 E. Main Street
Scottsdale, AZ 85251
Special Counsel for Chapter 11 Trustee
And Special Counsel for Debtor

Paul Sala
ALLEN SALA & BAYNE, PLC
Viad Corporate Center
1850 North Central Ave., Ste. 1150
Phoenix, AZ 85020
Email: psala@asbazlaw.com
Attorneys for Radical Bunny, LLC

Carlos Arboleda
ARBOLEDA BRECHNER
4545 East Shea Boulevard, Ste. 120

-- Page 2

| | |
|---|---|
| 1 | Phoenix, AZ 85028 |
| | Email: arboledac@abfirm.com |
| 2 | Attorneys for Petitioning Creditors |
| 3 | Jonathan Hess |
| | Larry Lee Watson |
| 4 | OFFICE OF THE U. S. TRUSTEE |
| | 230 North 1st Ave., Ste. 204 |
| 5 | Phoenix, Arizona 85007 |
| 6 | Carolyn Johnsen |
| | Brad J. Stevens |
| 7 | JENNINGS STROUSS & SALMON, PLC |
| | The Collier Center, 11th Fl. |
| 8 | 201 E. Washington Street |
| | Phoenix, Arizona 85004-2365 |
| 9 | Email: cjohnsen@jsslaw.com |
| | Email: bstevens@jsslaw.com |
| 10 | Attorneys for Mortgages Ltd. |
| 11 | U.S Securities and Exchange Commission |
| | Attn: David S. Brown & John McCoy, III |
| 12 | 5670 Wilshire Blvd., 11th Fl. |
| | Los Angeles, CA 900326-3648 |
| 13 | Email: browndav@sec.gov |
| | Email: mccoy@sec.gov |
| 14 | |
| | U. S. Securities and Exchange Commission |
| 15 | Attn: Sandra W. Lavigna |
| | 5670 Wilshire Blvd., 11th Fl. |
| 16 | Los Angeles, CA 90036-3648 |
| | Email: lavignas@sec.gov |
| 17 | |
| | David Wm. Engelman |
| 18 | Seven N. Berger |
| | Kevin M. Judiscak |
| 19 | Bradley D. pack |
| | ENGELMAN BERGER, P.C. |
| 20 | 3636 N. Central Ave., Ste. 700 |
| | Phoenix, AZ 85012 |
| 21 | Email: dwe@engelmanberger.com |
| | Email: snb@engelmanberger.com |
| 22 | Email: kmj@engelmanberger.com |
| | Email: bdp@engelmanberger.com |
| 23 | Attorneys for Tempe Land Company, LLC |
| 24 | Thomas J. Salerno |
| | Jordan A. Kroop |
| 25 | SQUIRE, SANDERS & DEMPSEY, L.L.P |
| | Two Renaissance Square, Ste. 2700 |
| 26 | 40 N. Central Ave. |
| | Phoenix, AZ 85004-4498 |
| 27 | Email: tsalerno@ssd.com |
| | Email: jkroop@ssd.com |
| 28 | Attorneys for G Grant Lyon, Chapter 11 Trustee |

-- Page 3

For Radical Bunny, LLC

Richard M. Lorenzen
PERKINS COIE BROWN & BAIN, P.A.
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Attorneys for Official Committee of
  Unsecured Creditors of Radical Bunny, LLC

Cathy L. Reece
Keith L. Hendricks
FENNEMORE CRAIG, P.C.
3003 N. Central Ave., Ste. 2600
Phoenix, AZ 85012
Email: creece@fclaw.com

Scott Goldberg
SCHIAN WALKER, P.L.C.
3550 N. Central Ave., Ste. 1700
Phoenix, AZ 85012-2115
Email: ecfdocket@swazlaw.com

Richard G. Patrick
U. S. ATTORNEY'S OFFICE
Two Renaissance Square
40 N. Central Ave., #1200
Phoenix, AZ 85004-4408

Christopher C. Simpson
STINSON MORRISON HECKER LLP
1850 N. Central Ave. #2100
Phoenix, AZ 85004
Email: csimpson@stinson.com

Bryce A. Suzuki
BRYAN CAVE LLP
2 N. Central Ave. #2200
Phoenix, AZ 85004
Email: Suzuki@bryancave.com

Larry Lee Watson
OFFICE OF U. S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
larry.watson@usdoj.gov

By /s/ Gayle N. Campbell