Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004-4498
Telephone: (602) 528-4000

Counsel for the Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RADICAL BUNNY, LLC,<br><br>　　　　　　Debtor. | Chapter 11<br>Case No. 2:08-bk-13884-CGC<br><br>**NOTICE OF FILING APPENDICES TO PROPOSED DISCLOSURE STATEMENT DATED OCTOBER 16, 2009** |

G. Grant Lyon, the Chapter 11 Trustee for Radical Bunny, LLC, files the attached appendices to the proposed *Disclosure Statement in Support of Plan of Reorganization,* filed with the Court on October 16, 2009. Appendix 3 is a list of the Radical Bunny interests in the Loan LLCs created in the Mortgages Ltd. bankruptcy case. Appendix 4 is a draft of a balance sheet for Reorganized Radical Bunny as of the effective date of the proposed plan. Appendix 5 is a draft liquidation analysis.

　　　　Dated November 24, 2009

　　　　　　　　　　　　　　　　　　　　**SQUIRE, SANDERS & DEMPSEY L.L.P.**

　　　　　　　　　　　　　　　　　　　　By:　　*/s/  Jordan A. Kroop*
　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Salerno
　　　　　　　　　　　　　　　　　　　　　　　Jordan A. Kroop
　　　　　　　　　　　　　　　　　　　　Two Renaissance Square
　　　　　　　　　　　　　　　　　　　　40 North Central Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85004-4498
　　　　　　　　　　　　　　　　　　　　(602) 528-4000

　　　　　　　　　　　　　　　　　　　　Counsel for the Chapter 11 Trustee

**Appendix 3**

**Radical Bunny Interests in Loan LLCs**

**Radical Bunny LLC**
**Mortgage Investment - Post Plan Confirmation**

| Capital Balances for each Loan LLC | Amount |
|---|---:|
| 300 EC Loan LLC | 350,000.00 |
| MK I Loan LLC | 6,538,874.39 |
| Nocit Loan LLC | 1,972,996.69 |
| Citno Loan LLC | 10,554,548.24 |
| 44 CP I Loan LLC | 3,947.89 |
| ABCDW I Loan LLC | 86,207.93 |
| 44 CP II Loan LLC | 8,541.83 |
| Osborn III Loan LLC | 350,740.31 |
| CP Loan LLC | 3,896.99 |
| AZ CL Loan LLC | 1,796.90 |
| ZDC I Loan LLC | 7,597,189.72 |
| VCB Loan LLC | 785,487.39 |
| Centerpoint II Loan LLC | 97,427,447.79 |
| HH Loan LLC | 868.05 |
| RLD I Loan LLC | 8,574,583.11 |
| MWP Loan LLC | 275,273.94 |
| C&M Loan LLC | 528,085.26 |
| U&A Loan LLC | 168,180.63 |
| PDG LA Loan LLC | 195,505.00 |
| RLD II Loan LLC | 2,986,507.48 |
| 4633 VB Loan LLC | 1,944,519.63 |
| MCKIN Loan LLC | 1,649,946.36 |
| Metro Loan LLC | 5,594,110.44 |
| Citlo Loan LLC | 1,592,414.32 |
| NRDP Loan LLC | 250,000.00 |
| CGSR Loan LLC | 153,668.33 |
| TLDP Loan LLC | 5,900,000.00 |
| ASA IX Loan LLC | 3,682,773.67 |
| ZDC IV Loan LLC | 481,383.00 |
| Centerpoint I Loan LLC | 1,550,000.00 |
| ***Subtotal LLC Investments - Formerly Mortgages Ltd Investments*** | ***161,209,495.29*** |

| Mortgage Investments in non LLC Loans | |
|---|---:|
| LN 794502 300 E. Camelback | 26,500.00 |
| ***SubTotal Pass-Through Investments - Formerly Mortgages Ltd. Investments*** | ***26,500.00*** |

| Mortgages Investment - G. Grant Lyon, Trustee for Radical Bunny, L.L.C | |
|---|---:|
| LN 832705 Central Arizona Land Company (CS 11, LLC) | 8,940.42 |
| LN 861905 Tempe Land Company | 2,750,000.00 |
| ***Subtotal Mortgage Investment - G. Grant Lyon, Trustee for Radical Bunny, L.L.C*** | ***2,811,940.42*** |

| **Total Mortgages Investments** | **164,047,935.71** |
|---|---:|

**Appendix 4**

**Effective Date Balance Sheet**

**RB Liquidation, LLC**
**Balance Sheet**
**Effective Date January 1, 2010**

|  | Amount |
|---|---:|
| **Assets** | |
| Interests in Loan LLCs | $80,600,000 |
| Beneficial Interest in ML Trust | 7,000,000 |
| Avoidance Actions | 150,000 |
| Litigation Claims | 500,000 |
| Cash on Hand | 1,600 |
| Total Assets | $88,251,600 |
| | |
| **Liabilities** | |
| Administrative Claims | $2,337,000 |
| Priority Claims | 500 |
| Participant Claims | 184,046,500 |
| Total Liabilities | $186,384,000 |
| | |
| **Members' Equity** | ($98,132,400) |
| | |
| Total Liabilities and Members' Equity | $88,251,600 |

**Note:** All amounts are estimates based on the Debtors' books and records and internal opinions of asset value, made solely for purposes of this analysis. No amount on this analysis should be used or relied on for any purpose other than this analysis.

**Appendix 5**

**Liquidation Analysis**

# Radical Bunny
## Liquidation Analysis

*All amounts are initial estimates, subject to change*

| Assets | Face Amount | Estimated Amount | | Plan | Chapter 7 |
|---|---:|---:|---|---:|---:|
| Interests in Loan LLCs | $ 161,200,000 | $ 80,600,000 | | $ 80,600,000 | $ 80,600,000 |
| Beneficial Interest in ML Trust | $ 35,000,000 | $ 7,000,000 | | $ 7,000,000 | $ 7,000,000 |
| Avoidance Actions | Unknown | $ 150,000 | | $ 150,000 | $ 150,000 |
| Litigation Claims | Unknown | $ 500,000 | | $ 500,000 | $ 500,000 |
| Cash on Hand | $ 1,600 | $ 1,600 | | $ 1,600 | $ 1,600 |
| **Gross Assets** | | | | **$ 88,251,600** | **$ 88,251,600** |

| Administrative Expense Claims | Face Amount | Estimated Amount | % Recovery | Plan | Chapter 7 |
|---|---:|---:|---:|---:|---:|
| Chapter 7 Trustee Fees | $ 2,670,798 | $ 2,670,798 | 100% | $ - | $ 2,670,798 |
| Chapter 7 Trustee Counsel Fees | Unknown | $ 250,000 | 100% | $ - | $ 250,000 |
| Chapter 7 Trustee Fin. Adv. Fees | Unknown | $ 250,000 | 100% | $ - | $ 250,000 |
| Chapter 11 Trustee Fees | $ 150,000 | $ 150,000 | 100% | $ 150,000 | $ 150,000 |
| Squire Sanders & Dempsey | $ 800,000 | $ 800,000 | 100% | $ 800,000 | $ 800,000 |
| Odyssey Capital | $ 500,000 | $ 500,000 | 100% | $ 500,000 | $ 500,000 |
| Perkins Coie Brown & Bain | $ 450,000 | $ 450,000 | 100% | $ 450,000 | $ 450,000 |
| DeConcini Yetwin & Lacey | $ 1,200,000 | $ 350,000 | 100% | $ 350,000 | $ 350,000 |
| Allen & Sala | $ 87,000 | $ 87,000 | 100% | $ 87,000 | $ 87,000 |
| *Total Administrative Expense Claims* | | | | $ 2,337,000 | $ 5,507,798 |
| **Net Proceeds After Administrative Expense Claims** | | | | **$ 85,914,600** | **$ 82,743,802** |

| Priority Unsecured Claims | Face Amount | Estimated Amount | % Recovery | Plan | Chapter 7 |
|---|---:|---:|---:|---:|---:|
| Priority Claims | $ 1,000 | $ 500 | 100% | $ 500 | $ 500 |
| **Net Proceeds After Priority Unsecured Claims** | | | | **$ 85,914,100** | **$ 82,743,302** |

| General Unsecured Claims | Face Amount | Estimated Amount | | Plan | Chapter 7 |
|---|---:|---:|---|---:|---:|
| Participant Claims | $ 197,300,000 | $ 184,046,500 | | $ 85,914,100 | $ 82,743,302 |
| | | | % Recovery: | 46.7% | 41.9% |
| RB Insider Claims | $ 13,253,500 | Subordinated in Plan | | | Assumes no subord. RB Insider Claims |
| | | | % Recovery: | 0.0% | 41.9% |
| Claims For Defense Fund Payments | $ 57,451 | $ - | | | |
| | | | % Recovery: | 0.0% | 0.0% |

**Note:** All amounts are estimates made solely for purposes of this analysis. No amount on this analysis should be used or relied on for any purpose other than this analysis.