# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RADICAL BUNNY, LLC | | |
| **Case Number:** | 2:08-BK-13884-CGC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM 6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

MOTION TO APPROVE MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT AND PLAN CONFIRMATION PROCEDURES FILED BY JORDAN A KROOP OF SQUIRE SANDERS & DEMPSEY LLP ON BEHALF OF G. GRANT LYON, CHAPTER 11 TRUSTEE .

**R / M #:** 668 / 0

## Appearances:

JORDAN A KROOP, ATTORNEY FOR G. GRANT LYON, CHAPTER 11 TRUSTEE
SHELTON L. FREEMAN, ATTORNEY FOR G. GRANT LYON, CHAPTER 11 TRUSTEE, RADICAL BUNNY, LLC
THOMAS LITTLER, ATTORNEY FOR HIRSCH, WALDER ET AL
RICHARD LORENZEN, ATTORNEY FOR CREDITORS' COMMITTEE

## Proceedings:

Mr. Kroop advises on December 1st he filed an Amended Disclosure Statement, Notice of Filing Exhibit A to Plan of Reorganization and an Omnibus Response to the Objections to Disclosure Statement. He advises on November 24, 2009 he filed Appendices to the proposed disclosure statement that was filed on October 16, 2009 and he is not aware of any objections to those exhibits. He believes Mr. Littler's clients are amenable to preparing a separate statement to be included in the solicitation package and requests this hearing be continued to next week.

Mr. Littler would like the opportunity to review the pleadings filed on December 1st and would welcome the opportunity to file a separate statement as proposed by Mr. Kroop.

COURT: IT IS ORDERED CONTINUING THE DISCLOSURE STATEMENT HEARING TO DECEMBER 8, 2009 AT 1:30 P.M. IF PARTIES REACH A COMPLETE AGREEMENT AND WANT TO SUBMIT AN ORDER APPROVING THE AMENDED DISCLOSURE STATEMENT THE HEARING CAN BE VACATED. THE COURT WILL SIGN THE ORDER IF ADVISED BY COUNSEL FOR THE TRUSTEE THAT ALL PARTIES HAVE SIGNED.

# Minute Entry