# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | RADICAL BUNNY, LLC |
| **Case Number:** | 2:08-BK-13884-CGC **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2009 01:35 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

CONTINUED HEARING ON MOTION TO APPROVE MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT AND PLAN CONFIRMATION PROCEDURES FILED BY JORDAN A KROOP OF SQUIRE SANDERS & DEMPSEY LLP ON BEHALF OF G. GRANT LYON, CHAPTER 11 TRUSTEE .

**R / M #:**   668 / 0

## Appearances:

ORDAN A KROOP, ATTORNEY FOR G. GRANT LYON, CHAPTER 11 TRUSTEE
SHELTON L. FREEMAN, ATTORNEY FOR G. GRANT LYON, CHAPTER 11 TRUSTEE, RADICAL BUNNY, LLC
RICHARD LORENZEN, ATTORNEY FOR CREDITORS COMMITTEE
THOMAS LITTLER, ATTORNEY FOR HIRSCH

## Proceedings:

***corrected 12/10/09***

Mr. Kroop advises an amended disclosure statement is now part of the record and that version does resolve the insiders concerns and objections.  He did send a version of the Order to Mr. Warnicke and his only concerns were dates for voting.  He discusses service of the solicitation package which will be sent to more than 950 participants  by CD Rom with instructions on how to obtain a paper copy if requested.

Mr. Littler advises he did agree on a form of Order Approving the Disclosure Statement and he does have a separate statement to be attached.  He requests until the end of the week to send out the solicitation package.

COURT:  IT IS ORDERED THE END OF THE SOLICITATION PERIOD SHALL BE JANUARY 28, 2010.  AN INITIAL CONFIRMATION HEARING IS SET ON FEBRUARY 4, 2010 AT 11:00 A.M.  THE COURT WILL SIGN THE ORDER APPROVING DISCLOSURE STATEMENT WHEN SUBMITTED.